STATE of Missouri, Respondent,

v.

Thomas E. NIELSEN, Appellant.

No. WD 43925.

Missouri Court of Appeals,
Western District.

Aug. 6, 1991.

Allan D. Seidel, Trenton, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from a conviction of possession of more than thirty-five grams of marijuana.

Affirmed. Rule 30.25(b).

In re the MARRIAGE OF: Joyce Jamesette SCHILB and Ralph Edward Schilb

Joyce Jamesette SCHILB,
Petitioner/Respondent,

v.

Ralph Edward SCHILB,
Respondent/Appellant.

No. WD 44006.

Missouri Court of Appeals,
Western District.

Aug. 6, 1991.

Thomas M. Dunlap, Whitlow, Riley, Mariea & Dunlap, Fulton, for respondent/appellant.

Vonnieta E. Trickey, Hyder, Bratten and Trickey, Jefferson City, for petitioner/respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Ralph Edward Schilb appeals that portion of dissolution decree which divided marital property and awarded maintenance to the wife and ordered him to pay attorney fees.

Judgment affirmed. Rule 84.16(b).